No. 12–838.  RIVES v. VIRGINIA.  Sup. Ct. Va.  Certiorari denied.

No. 12–839.  JENNINGS v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 12–857.  DEPROSPERO v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 12–877.  CHOW v. COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir.  Certiorari denied.

No. 12–5163.  MCELVEEN v. LOUISIANA; and
No. 12–5199.  MCELVEEN v. LOUISIANA.  Ct. App. La., 4th Cir. Certiorari denied.  Reported below: 2010–0172 (La. App. 4 Cir. 9/28/11), 73 So. 3d 1033.

No. 12–5201.  JOHN v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 12–5271.  DELGADO v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 12–5496.  MOTTA v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 12–5895.  STEWART v. LOUISIANA.  Ct. App. La., 4th Cir. Certiorari denied.

No. 12–5970.  RIVERS v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 12–6177.  WIWO v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 12–6398.  CONTI v. TEXAS.  Ct. App. Tex., 14th Dist.  Certiorari denied.

No. 12–6463.  KELLY v. WILLIAMS, WARDEN.  Sup. Ct. Ga. Certiorari denied.

No. 12–6469.  BUTLER v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 12–6519.  HALL v. NEW YORK.  App. Div., Sup. Ct. N. Y., 1st Jud. Dept.  Certiorari denied.